J. Christopher Jorgensen (SBN 5382)
Dale Kotchka-Alanes (SBN 13168)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Cellco Partnership dba Verizon Wireless and Convergent Outsourcing, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON SHANNON and CHRISTINA SHANNON,<br><br>Plaintiffs,<br><br>vs.<br><br>VERIZON WIRELESS SERVICES, LLC and CONVERGENT OUTSOURCING, INC.; et al.,<br><br>Defendants. | Case: 2:13-cv-01937-MMD-CWH<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Pursuant to the December 9, 2013 Offer of Judgment of Defendants Cellco Partnership d/b/a Verizon Wireless, erroneously sued as Verizon Wireless Services, LLC, and Convergent Outsourcing, Inc. (hereinafter "Defendants"), Judgment is entered against Defendants, jointly, and in favor of Plaintiffs Brandon Shannon and Christina Shannon (hereinafter "Plaintiffs"), jointly, as follows:

    1.    In favor of Brandon Shannon, individually, in the amount of $2,500.00;

    2.    In favor of Christina Shannon, individually, in the amount of $2,500.00;

. . .

. . .

. . .

The total Judgment against Defendants, jointly, and in favor of Plaintiffs, jointly, is $5,000.00. The total Judgment entered pursuant to the Offer of Judgment is inclusive of costs and attorneys' fees.

DATED: December 13, 2013

_____
District Court Judge
United Stated District Court,
District of Nevada